UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE SPENCE and DOUGLAS SPENCE,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>Defendant. | Case No. 11-04961 NC<br><br>**ORDER GRANTING STIPULATION**<br><br>Re: Dkt. No. 10 |

The parties submitted a stipulation to the Court on October 24, 2011 requesting that the Court extend the time to respond to the complaint to November 16, 2011. Dkt. No. 10. The stipulation is GRANTED.

IT IS SO ORDERED.

DATED: November 9, 2011

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge