1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   MICHELE SPENCE, et al.,

10          Plaintiffs,                         No.  C 11-04961 JSW

11      v.                                      **ORDER TO SHOW CAUSE AND**
                                                **VACATING HEARING ON**
12  BOSTON SCIENTIFIC CORPORATION,              **MOTION TO DISMISS**

13          Defendant.

14  _____/

15          On November 16, 2011, Defendant filed a motion to dismiss, which is noticed for

16  hearing on January 6, 2012.  Under the Northern District Local Rules, Plaintiffs' opposition

17  brief was due on November 30, 2011, and Defendant's reply was due on December 7, 2011.

18  Plaintiffs have not filed an opposition brief, and they have not filed a statement of non-

19  opposition.  The Court is aware that this case may be part of a pending proceeding before the

20  Judicial Panel on Multidistrict Litigation, in which a motion to transfer is pending.  The parties,

21  however, have not taken any action before this Court to stay this action pending resolution of

22  that motion.

23          Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why the

24  Defendants' motion should not be granted as unopposed.  Plaintiffs' response to this Order to

25  Show Cause shall be due by no later than December 21, 2011.  If Plaintiffs seek to file a belated

26  opposition to Defendant's motion, or if they seek to have the Court defer ruling on the motion,

27  they must file a request demonstrating good cause for their failure to comply with the deadlines

28  set by the Northern District Civil Local Rules and shall include a proposed opposition brief with

**United States District Court**
For the Northern District of California

their request.  Any such request also must be filed with the Court by no later than December 21, 2011.

The hearing scheduled for January 6, 2012 is VACATED pending further order of the Court.  If Plaintiffs seek to file a belated opposition, and if the Court finds good cause to grant that request, it shall issue an order setting a deadline for Defendant to file its reply, and it shall reset the hearing date.

If the parties are able to reach a stipulation regarding the pending motion to dismiss prior to December 21, 2011, the Court shall discharge this Order to Show Cause without further action.

**IT IS SO ORDERED.**

Dated:   December 14, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE