```
Alicia J. Donahue (SBN 117412)
adonahue@shb.com
Amir Nassihi (SBN 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION


Thomas J. Brandi (SBN 53208)
tjb@brandilaw.com
Casey A. Kaufman (SBN 232257)
THE BRANDI LAW FIRM
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800

Attorneys for Plaintiffs
MICHELE SPENCE and DOUGLAS SPENCE
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE SPENCE and DOUGLAS SPENCE,<br><br>Plaintiffs,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C11-04961 JSW<br><br>**STIPULATION TO STAY ACTION PENDING DETERMINATION OF TRANSFER TO MDL 2326**<br><br>**ORDER THEREON** |

IT IS HEREBY STIPULATED that all proceedings in the above entitled action in the Northern District of California be stayed pending determination of the pending motion to transfer to MDL No2326 before the MDL Judicial Panel on Multi District Litigation pertaining to actions

---

219229 V1

STIPULATION TO STAY PENDING MDL DETERMINATION
CASE NO. 11-04961 NC

involving In Re Boston Scientific Corporation pertaining to the Pelvic Repair System Products Liability Litigation.

DATED: January 6, 2012   SHOOK, HARDY & BACON, L.L.P.

By /s A. Nassihi
AMIR NASHIHI

Attorneys for Defendant
BOSTON SCIENTIFIC
CORPORATION

DATED: January 6, 2012   THE BRANDI LAW FIRM

By: /s Thomas J. Brandi
THOMAS J. BRANDI

Attorneys for Plaintiffs
MICHELE SPENCE and
DOUGLAS SPENCE

### SIGNATURE ATTESTATION

I, THOMAS J. BRANDI, am the ECF User whose ID and password are being used to file this STIPULATION TO STAY ACTION PENDING DETERMINATION OF TRANSFER TO MDL 2326. In compliance with General Order 45, X.B., I hereby attest that Defense counsel has concurred in this filing.

Dated: January 6, 2012   Respectfully submitted,

By: /s Thomas J. Brandi
Thomas J. Brandi

for Plaintiffs

January 30, 2012

IT IS SO ORDERED
Judge Jeffrey S. White

STIPULATION TO STAY PENDING MDL DETERMINATION
CASE NO. C11-04961 NC

219229 V1