| | |
|---|---|
| 1 | Alicia J. Donahue (SBN 117412) |
| | adonahue@shb.com |
| 2 | Amir Nassihi (SBN 235936) |
| | anassihi@shb.com |
| 3 | SHOOK, HARDY & BACON L.L.P. |
| | One Montgomery, Suite 2700 |
| 4 | San Francisco, California 94104-4505 |
| | Telephone: 415.544.1900 |
| 5 | Facsimile: 415.391.0281 |
| 6 | Attorneys for Defendant |
| | BOSTON SCIENTIFIC CORPORATION |
| 7 | |
| 8 | Thomas J. Brandi (SBN 53208) |
| | tjb@brandilaw.com |
| 9 | Casey A. Kaufman (SBN 232257) |
| | THE BRANDI LAW FIRM |
| 10 | 354 Pine Street, Third Floor |
| | San Francisco, CA 94104 |
| 11 | Telephone: (415) 989-1800 |
| 12 | Attorneys for Plaintiffs |
| | MICHELE SPENCE and DOUGLAS SPENCE |
| 13 | |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | MICHELE SPENCE and DOUGLAS SPENCE, | Case No. C11-04961 JSW |
| 19 | Plaintiffs, | **STIPULATION TO STAY ACTION PENDING DETERMINATION OF TRANSFER TO MDL 2326** |
| 20 | vs. | |
| 21 | | **ORDER THEREON** |
| 22 | BOSTON SCIENTIFIC CORPORATION, and DOES 1 through 50, inclusive, | |
| 23 | Defendants. | |
| 24 | | |

25  IT IS HEREBY STIPULATED that all proceedings in the above entitled action in the

26 Northern District of California be stayed pending determination of the pending motion to transfer to

27 MDL No2326 before the MDL Judicial Panel on Multi District Litigation pertaining to actions

28

---

219229 V1

STIPULATION TO STAY PENDING MDL DETERMINATION
CASE NO. 11-04961 NC

involving In Re Boston Scientific Corporation pertaining to the Pelvic Repair System Products Liability Litigation.

DATED: January 6, 2012                              SHOOK, HARDY & BACON, L.L.P.

                                                    By___/s A. Nassihi_____
                                                         AMIR NASHIHI

                                                    Attorneys for Defendant
                                                    BOSTON SCIENTIFIC
                                                    CORPORATION

DATED: January 6, 2012                              THE BRANDI LAW FIRM

                                                    By: __/s Thomas J. Brandi__
                                                         THOMAS J. BRANDI

                                                    Attorneys for Plaintiffs
                                                    MICHELE SPENCE and
                                                    DOUGLAS SPENCE

### SIGNATURE ATTESTATION

I, THOMAS J. BRANDI, am the ECF User whose ID and password are being used to file this STIPULATION TO STAY ACTION PENDING DETERMINATION OF TRANSFER TO MDL 2326. In compliance with General Order 45, X.B., I hereby attest that Defense counsel has concurred in this filing.

Dated: January 6, 2012                              Respectfully submitted,

                                                    By: /s Thomas J. Brandi
                                                        Thomas J. Brandi

                                                    Attorneys for Plaintiffs

January 30, 2012

IT IS SO ORDERED
Judge Jeffrey S. White

STIPULATION TO STAY PENDING MDL DETERMINATION
CASE NO. C11-04961 NC

219229 V1